UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80239-RLR

IRENE GODONOU,

    Plaintiff,

v.

ALLIED TRANSPORTATION GROUP LLC,
and SSA ENT, LLC.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

    This matter comes before the Court on Plaintiff's Motion for Attorneys' Fees and Costs. DE 37.  Defendant did not file a response.  The Motion was referred to the Honorable Bruce E. Reinhart for a Report and Recommendation. DE 39.  On March 11, 2025, Judge Reinhart issued a Report and Recommendation recommending that the Motion be granted in part and denied in part. DE 42.  The deadline for a party to file objections to the Report and Recommendation was March 25, 2025. *Id.*  Plaintiff filed a Notice of No Objection. DE 43.  Defendant did not respond to the Report and Recommendation.  The Court has thoroughly reviewed the Report and Recommendation, the Motion for Attorneys' Fees, and the record, and is fully advised in the premises.

    Upon review, the Court finds Judge Reinhart's recommendations to be well-reasoned and correct, and the Court agrees with the factual recitation and the analysis in the Report and Recommendation.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 42] is **ADOPTED**.

2. Plaintiff's Motion for Attorneys' Fees [DE 37] is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff shall be awarded $17,167.50 for attorneys' fees and $650.00 in costs for a total award of $17,817.50.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of March, 2025.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record